KENNETH A. RUSHTON (2827)
Attorney for Trustee
P.O. Box 212
Lehi, Utah 84043
Telephone: (801) 768-8416

2010 AUG 13 PM 2: 09

DISTRICT OF UTAH

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH
### CENTRAL DIVISION

### DEPOSIT OF UNCLAIMED FUNDS

| | |
|---|---|
| In Re: | Chapter 7 |
| PAUL EDWARD PETERSON<br>ROXANNE T. PETERSON | Bankruptcy No. 09-21123 |
| Debtors. | |

Kenneth A. Rushton, the duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

1. On June 28, 2010, Check # 10103, in the amount of $945.31 was issued to the United States Treasury.

2. Said check was returned by the IRS with a notation that the claim was paid.

3. The unclaimed funds are on deposit in the Bank of New York Mellon, Account # 9200-0258731366.

4. The last known name and address of the payee, to which the check was sent, is as follows:

   United States Treasury
   IRS Special Procedures
   PO Box 21126
   Philadelphia PA 19114

5. A check in the amount of $945.31, representing said unclaimed funds, made payable to the Clerk, United States Bankruptcy Court is attached hereto.

DATED this 12th day of August, 2010.

KENNETH A. RUSHTON, Trustee

## CERTIFICATE OF SERVICE

I certify that I served a copy of the foregoing Deposit of Unclaimed Funds to the parties listed below by depositing the same in the United States mail, postage prepaid, this _13th_ day of _August_, 2010.

United States Trustee
Ken Garff Building
405 South Main Street
Suite 300
Salt Lake City, Utah 84111

_____